# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 29, 2020

## NO. 03-19-00049-CV

**Irwin Pentland, Appellant**

**v.**

**Stacey Denise Pentland, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE BAKER

This is an appeal from the divorce decree signed by the trial court on September 12, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.